■ ROBERT J. SCINTA, Appellant, v LAPP INSULATOR COMPANY et al., Defendants, and ENVIRONMENTAL HEALTH SCREENING SERVICES, a Division of Environmental Hearing and Vision Consultants, Respondent. (Appeal No. 1.) [630 NYS2d 957] —Order unanimously affirmed without costs for reasons stated at Supreme Court, Hurlbutt, J. (Appeal from Order of Supreme Court, Onondaga County, Hurlbutt, J.—Summary Judgment.) Present—Denman, P. J., Fallon, Wesley, Doerr and Balio, JJ.

■ ROBERT J. SCINTA, Appellant, v LAPP INSULATOR COMPANY et al., Defendants, and JOHN C. SANBORN, Respondent. (Appeal No. 2.) [630 NYS2d 957] —Order unanimously affirmed without costs for reasons stated at Supreme Court, Hurlbutt, J. (Appeal from Order of Supreme Court, Onondaga County, Hurlbutt, J.—Summary Judgment.) Present—Denman, P. J., Fallon, Wesley, Doerr and Balio, JJ.